STATE OF NEW JERSEY v. WILLIAM BROSCIOUS.

December 6, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MARCEL VICK.

December 6, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM SLOAN.

December 6, 1988.

Petition for certification denied. (See 226 *N.J.Super.* 605)

STATE OF NEW JERSEY v. COY T. ROYSTER.

December 6, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MARK MORTON.

December 6, 1988.

Petition for certification denied.